**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: ) | Case No. 6:20-bk-5545-LVV |
| ) | |
| LISA MARIE DRAWNEEK ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**
**OF AMENDED SUMMARY OF ASSETS, AMENDED STATEMENT OF**
**INTENTION AND DECLARATION**
**(Related Document No. 8)**

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Summary of Assets, Amended Statement of Intention and Declaration (Doc. No. 8) was served via CM/ECF or United States Mail, first class postage prepaid, on all Parties-In-Interest listed on the attached Mailing Matrix, 15th day of October, 2020.

                                        */s/ Aldo G. Bartolone, Jr.*
                                        ALDO G. BARTOLONE, JR.
                                        Florida Bar No. 173134
                                        BARTOLONE LAW, PLLC
                                        1030 N. Orange Ave., Suite 300
                                        Orlando, Florida 32801
                                        Telephone: (407) 294-4440
                                        Facsimile: (407) 287-5544
                                        E-mail: aldo@bartolonelaw.com
                                        *Attorney for Debtor*